Carrie M. Craig and Hazel I. Craig, Appellants, v. Lewis G. Coonrod, Receiver of First National Bank of Urbana, Illinois, and Don D. Richmond, Appellees.

Gen. No. 9,315.

Heard in this court at October term, 1941; opinion filed February 24, 1942; rehearing denied May 5, 1942. Carrie M. Craig and Hazel I. Craig, *pro se;* Dobbins, Dobbins & Thomas, for appellees. Opinion by JUSTICE RIESS. ''Not to be published in full.''

Julia Gibbons, Appellee, v. City of Chicago, Appellant.

Gen. No. 41,918.

Heard in third division, first district, this court at October term, 1941; opinion filed April 8, 1942. Barnet Hodes, Corporation Counsel, for appellant; James A. Velde, Adam E. Patterson, Alphonse Cerza and John F. O'Malley, Assistant Corporation Counsel, of counsel; John F. Cusack and James J. Cusack, Jr., for appellee; Robert Irmiger, of counsel. Opinion by PRESIDING JUSTICE BURKE. ''Not to be published in full.''